Paul W. Sweeney
K&L GATES LLP
10100 Santa Monica Blvd, 7th Floor
Los Angeles, California 90067
Telephone: 301/552-5000
Facsimile: 301/552-5001
Email: paul.sweeney@klgates.com

Attorneys for Aegis Wholesale Corporation and Aegis Mortgage Corporation

David M. Arbogast
Jeffrey K. Berns
ABROGAST & BERNS LLP
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Telephone: 818/961-2000
Facsimile: 818/936-0232
Email: darbogast@law111.com; jberns@law111.com

Attorneys for Maria Velazquez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VELAZQUEZ, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS WHOLE CORPORATION, AEGIS MORTGAGE CORPORATION and DOES 1-10,<br><br>Defendants. | Case No. CV 07-03784-AHS (FMOx)<br><br>**ENTRY OF JUDGMENT** |

This action comes before the Court, Hon. Alicemarie H. Stotler, United States District Judge, presiding, and in accordance with the

BOS-1366032 v3

-1-
ENTRY OF JUDGMENT

CV-07-03784-AHS

provisions of the Stipulation of Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41 filed by the parties, and the Order Granting Final Approval of Class Action Settlement Agreement and Release dated June 25, 2010, issued by the United States Bankruptcy Court for the District of Delaware.

It is **ORDERED and ADJUDGED**:

That the claims of the Named Plaintiff, Maria Velazquez, and the claims of the Settlement Class Members, as defined by the Class Action Settlement Agreement and Release, and this action are hereby **DISMISSED** with prejudice against the Defendants Aegis Wholesale Corporation[1] and Aegis Mortgage Corporation, inclusive.

Dated _____, this 30th day of June, 2010

_____
UNITED STATES DISTRICT JUDGE
ALICEMARIE H. STOTLER

---

[1] The Class Action incorrectly named "Aegis Whole Corporation" as a defendant. No such entity exists; rather, the correct name of the entity is Aegis Wholesale Corporation.

BOS-1366032 v3